IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SHAVONYA D. MASON,           )
                             )
         Plaintiff,          )
                             )
    v.                       )    1:21-cv-762
                             )
KILOLO KIJAKAZI,             )
Commissioner of Social       )
Security,                    )
                             )
         Defendant.          )

### ORDER

On March 14, 2023, the United States Magistrate Judge's Memorandum Opinion and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 17, 18.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 17), is **ADOPTED. IT IS FURTHER ORDERED** that Plaintiff's Motion for Judgment on the Pleadings, (Doc. 13), is **GRANTED,** that Defendant's Motion for Judgment on the Pleadings, (Doc. 15), is **DENIED,** that the Commissioner's decision finding no disability is **REVERSED,** and that this action is **REMANDED** to the Commissioner under sentence four of 42 U.S.C.

§ 405(g). The Commissioner is directed to remand the matter to the Administrative Law Judge for further administrative proceedings.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 31st day of March, 2023.

_____
United States District Judge